[No. 5955.]
## LEWIS ADLER v. HENRY WINKLE.

DAMAGES FOR FRIVOLOUS APPEAL.—Where an appeal is frivolous, damages will be imposed upon the appellant.

APPEAL from the District Court of the Second Judicial District, Sonoma County.

Action on promissory notes. The defendant in his answer admitted the plaintiff's cause of action, but set up a defense which was struck out, on motion of plaintiff, as sham and irrelevant. Judgment was rendered for the plaintiff, and the defendant appealed.

*Johnson & Henley*, for Appellant.

*Rutledge & McConnell*, for Respondent.

By the COURT:

The appeal is frivolous. Judgment affirmed with ten per cent. damages. Remittitur forthwith.